# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UTAH NEWSPAPER PROJECT, dba CITIZENS FOR TWO VOICES,<br><br>                 Plaintiff,<br>vs.<br><br>DESERET NEWS PUBLISHING COMPANY and KEARNS-TRIBUNE, LLC,<br><br>                 Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:14-cv-00445-JNP-BCW<br><br>Judge Jill N. Parrish<br>Chief Magistrate Judge Brooke C. Wells |

      Pursuant to Fed R. Civ. P. 41(a) and pursuant to the parties' Stipulation of Dismissal With Prejudice, it is hereby ordered that the above-captioned action and all claims and counterclaims asserted therein are dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

      IT IS SO ORDERED.

      Signed May 31, 2016.

BY THE COURT:

_____
Judge Jill N. Parrish
United States District Judge